THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY KIM, an individual, and BIG CONSTRUCTION CORPORATION, a Washington Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN BLOSSOM HILL INVESTORS, a California Limited Partnership, WESTERN-LOS GATOS I INVESTORS, a California Limited Partnership, ESSEX REDMOND HILL NE, L.P., a California Limited Partnership and ESSEX MANAGEMENT CORPORATION, a California Corporation,<br><br>Defendants. | Case No. 2:18-cv-01879 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND EARLY SETTLEMENT |

THIS MATTER, having come before the Court upon the parties' Stipulated Motion to Extend Deadlines for Initial Disclosures and Joint Status Report and Early Settlement, and the Court having reviewed the stipulated motion, it is HEREBY ORDERED, ADJUDGED, and DECREED that the parties' Stipulated Motion to Extend Deadlines for Initial Disclosures and Joint Status Report and Early Settlement is GRANTED. The following deadlines have been changed:

Deadline for FRCP 26(f) Conference set for April 12, 2019;

Deadline for Initial Disclosures set for April 19, 2019; and

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND EARLY SETTLEMENT – CASE NO.: 2:18-CV-01879 RSM - 1
PDX\127643\244882\AKM\24911643.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711

Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) set for April 26, 2019.

It is so Ordered.

Dated this 26 day of February 2019.

                    RICARDO S. MARTINEZ
                    CHIEF UNITED STATES DISTRICT JUDGE

Jointly Presented by:

| SCHWABE, WILLIAMSON & WYATT, P.C. | LAW OFFICE OF THERESA NGUYEN, PLLC |
|---|---|
| By: /s/ Allison K. Krashan<br>Allison K. Krashan, WSBA #36977<br>Email: akrashan@schwabe.com | By: /s/ Theresa Nguyen<br>Theresa Nguyen, WSBA No. 48326<br>Email: theresa@tnguyenlaw.com |
| By: /s/ Ryan W. Dumm<br>Ryan W. Dumm, WSBA #46738<br>Email: rdumm@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101-4010 | By: /s/ Cynthia Davis<br>Cynthia Davis, WSBA No. 53587<br>Email: cynthia@tnguyenlaw.com<br>1500 Benson Road South, Ste. 203<br>Renton, WA 98055 |
| *Attorneys for Defendants Western-Blossom Hill Investors, Western-Los Gatos 1 Investors, Essex Redmond Hill NE, L.P.* | *Danny Kim and Big Construction Corporation* |

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES FOR INITIAL DISCLOSURES AND JOINT STATUS REPORT AND EARLY SETTLEMENT – CASE NO.: 2:18-CV-01879 RSM - 2

PDX\127643\244882\AKM\24911643.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206.622.1711